

*/s/ Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| Ricardo David Barrantes, | * | Case No.   19-19885-LSS |
| | * | Chapter   7 |
| | * | |
| Debtor. | * | |

## ORDER GRANTING TEMPORARY WAIVER
## OF CREDIT COUNSELING REQUIREMENT

Upon consideration of Debtor's request for a temporary waiver of the credit counseling requirement, and sufficient exigent circumstances explained by the Debtor in writing, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that Debtor's request for a temporary waiver of the obligation to file a Credit Counseling Certificate is hereby GRANTED; and it is further

**ORDERED,** that the Debtor shall obtain credit counseling from an approved nonprofit budget and credit counseling agency as required by 11 U.S.C. § 109(h)(1) and shall file a Credit Counseling Certificate received from such an agency no later than thirty (30) days from the filing of Debtor's bankruptcy petition.

cc:   Debtor
       Chapter 7 Trustee – G. Rosen

**End of Order**