Emergency

2019 AUG 21 PM 2:02

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:
*******************

           Plaintiff

vs.

           Defendant

Case No. 19-19885
Chapter _____
Motion No. _____
(If applicable)
Adversary No. _____
(If applicable)

## PRAECIPE

The Clerk will please motion to extend Time to file missing Documents - credit counseling certificate

DATE: 8/21/19

Ricardo Barrantos
(Name) (Printed)

_____
(Signature)

819 Quince Orchard Blvd
Apt 3
Gaithersburg MD 20878
(Address)

301-943-0633
(Telephone No.)

_____
(Representing)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:

          \*   Case Number: -19-19885

          \*   Chapter:

Debtor(s)

          \*

          \*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of August, 20__, a copy of Motion to extend time to file missing Documents - Credit counseling certificate

was mailed first class mail, postage prepaid to:

Name: Gary A. Rosen
Address: One Church Street Suite 800
City, State, Zip Code: Rockville MD 20850

Name:
Address:
City, State, Zip Code:

Name:
Address:
City, State, Zip Code:

Signature: [signed]