Entered: September 5th, 2019
Signed: September 5th, 2019

**SO ORDERED**



_ton Simpson_
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **19–19885 – LSS**     Chapter: **7**

**Ricardo David Barrantes**
Debtor

## ORDER DISMISSING CASE
## FOR FAILURE TO COMPLETE REQUIRED FILINGS
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By notice of the Court dated July 23, 2019, and Order of the Court dated August 7, 2019 and August 21, 2019, the Debtor was admonished to file:

- ☑ Schedules A/B D E/F G H I J
- ☑ Statement of Current Monthly Income and Means Test Calculation
- ☑ Statement of Financial Affairs
- ☐ Verification of Creditor Matrix
- ☑ Other: Summary of Schedules and Certificate of Credit Counseling.

The Debtor has failed to comply with said instructions of the Court. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to 11 U.S.C. § 105(a) and § 707(a), the above–captioned case under Chapter 7 is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Gary A. Rosen

      U.S. Trustee

### End of Order

15x06 (rev. 12/01/2015) – yoliver