# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **19–19885 – LSS**   Chapter: **7**

**Ricardo David Barrantes**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 9/5/19.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 9/5/19

                                             Mark A. Neal, Clerk of Court
                                             by Deputy Clerk, Yvette Oliver
                                             410–962–4424

Form ntcdsm